UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOEY RODRIGUEZ,

        Plaintiff,

v.                                                                  Case No:   8:26-cv-01373-JLB-NHA

FIVE BELOW, INC., et al.,

        Defendants.

                             /

## **ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 17), recommending that Plaintiff's Renewed Motion to Remand (Doc. 15) be granted in part.  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1.   The United States Magistrate Judge's Report and Recommendation (Doc. 17) is **ADOPTED** and made a part of this Order for all purposes.

2.   Plaintiff's Renewed Motion to Remand (Doc. 15) is **GRANTED in part**.  Plaintiff's costs and actual expenses incurred as a result of the removal pursuant to 28 U.S.C. § 1447(c) are **DENIED**.

3.   The Clerk of Court is **DIRECTED** to **REMAND** this action to the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

4.   The Clerk of Court is **DIRECTED** to transmit a certified copy of this Order to the clerk of that court.

5.   The Clerk of Court is **DIRECTED** to terminate any pending motions and deadlines and close the file.

**IT IS SO ORDERED** in Tampa, Florida, on July 7, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE